**Order filed, April 10, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00191-CV**

_____

**JOHN BRAN A/K/A ROY GORDON NESBITT A/K/A MIGUEL BRAN D/B/A BRAN CONSTRUCTION LLC, Appellant**

**V.**

**VISHAKH MANTRI AND SHUBHA MANTRI, Appellee**

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 18-DCV-252907**

## ORDER

The reporter's record in this case was due April 3, 2020. _See_ Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Rhonda Colgin, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Christopher, Wise and Zimmerer.